UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL OSBOURNE,<br><br>                    Plaintiff,<br><br>           v.<br><br>MICHAEL J ASTRUE, Commissioner of the Social Security Administration<br><br>                    Defendant. | Case No. C10-1219-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Michael Osbourne brought an action seeking review of the denial of his application for disability insurance benefits and supplemental security income by the Commissioner of the Social Security Administration.  Dkt. 1.  The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  Dkt. 23.

Specifically, the parties stipulate that on remand, the Administrative Law Judge (ALJ) shall further evaluate the credibility of Mr. Osbourne's subjective complaints, his residual functional capacity, the opinions of the state agency psychologist and Dr. Press, and will obtain additional vocational expert testimony.  The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g).

Having reviewed the pleadings and the administrative record, the Court recommends the

REPORT AND RECOMMENDATION - 1

1  case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above.

2  As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that

3  it be approved immediately.  A proposed order accompanies this Report and Recommendation.

4      DATED this 22nd day of March, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge