UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL OSBOURNE,

           Plaintiff,

  v.

MICHAEL J ASTRUE, Commissioner of the Social Security Administration,

           Defendant.

Case No. C10-1219 RAJ

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation (Dkt. # 24) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

(3) The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 23rd day of March, 2011.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge